# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DIXIE MOTELS, LLC DBA DAYS INN | : | CIVIL ACTION NO. 6:21-CV-03022 |
| VERSUS | : | JUDGE ROBERT R. SUMMERHAYS |
| INDEPENDENT SPECIALTY INSURANCE COMPANY | : | MAGISTRATE CAROL B. WHITEHURST |

## ORDER

**CONSIDERING THE FOREGOING** Ex Parte Plaintiff's Motion to Withdraw and Substitute Counsel of Record;

**IT IS HEREBY ORDERED** that John M. Fezio (La. Bar No. 29861) and Matthew B. Pettaway (La. Bar No. 33313) be withdrawn as counsel of record on Plaintiff's behalf.

**IT IS FURTHER ORDERED** that Scott D. Peebles (La. Bar No. 27032) of Pandit Law Firm, LLC, be substituted and enrolled as counsel of record in this matter.

Lafayette, Louisiana, this __9th__ day of __October__, 2024.

_____
**CAROL B. WHITEHURST**
**UNITED STATES MAGISTRATE JUDGE**