**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **DIXIE MOTELS, LLC** | **CASE NO.  6:21-CV-03022** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **INDEPENDENT SPECIALITY INSURANCE CO.** | **MAGISTRATE JUDGE WHITEHURST** |

**ORDER**

For the reasons set forth in the Ruling issued this date,

IT IS HEREBY ORDERED that the Motion to Compel Arbitration and Stay Proceedings [ECF No. 17] is DENIED.

THUS DONE in Chambers on this 19th day of December, 2024.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE